# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HUDSON JONES,**<br>    **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-2887** |
| **WARDEN IAN WALLACE, et al.,**<br>    **Defendants** | **SECTION: "E" (1)** |

## ORDER

On January 22, 2013, the Court referred this matter to Magistrate Judge Sally Shushan for the issuance of a report and recommendation.[1]  On June 27, 2013, Judge Shushan issued a report and recommendations.[2]  To date, plaintiff has not responded to Judge Shushan's report and recommendations. Having considered the plaintiff's petition,[3] the record, the applicable law, Judge Shushan's report and recommendations, and plaintiff's failure to file an objection, timely or otherwise, to Judge Shushan's report and recommendations, the Court hereby approves that report and recommendation and adopts it as its opinion in this matter.

Accordingly, **IT IS ORDERED** that defendant Warden Ian Wallace's[4] ("Warden Wallace") motion to dismiss plaintiff's claims under Federal Rule of Civil Procedure 12(b)(6)[5] be and hereby is **GRANTED.**

**IT IS FURTHER ORDERED** that plaintiff's claims against Warden Wallace be

---

[1] R. Doc. 7.

[2] R. Doc. 29.

[3] R. Doc. 1.

[4] Warden Wallace is sued in his capacity as Warden in the Missouri Department of Corrections.

[5] R. Doc. 23.

and hereby are **DISMISSED.**

**IT IS FURTHER ORDERED** that defendant Carolyn Colvin's[6] ("Colvin") motion to dismiss plaintiff's claims under Rule 12(b)(6)[7] be and hereby is **GRANTED.**

**IT IS FURTHER ORDERED** that plaintiff's motion to strike Colvin's motion under Rule 12(f)[8] be and hereby is **DENIED.**

**IT IS FURTHER ORDERED** that plaintiff's claims against Colvin be and hereby are **DISMISSED.**

New Orleans, Louisiana, this __29th__ day of July, 2013.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[6] Plaintiff's petition names Michael Astrue, in his capacity as commissioner of the Social Security Administration ("SSA"), as defendant in this case. *See* R. Doc. 1. In her motion to dismiss, Colvin explains that she became the Acting Commissioner of the SSA on February 14, 2013. R. Doc. 26 at p. 1 n. 1. As a result, because she is Mr. Astrue's successor, Colvin is the real party in interest in this action. *See* FED. R. CIV. P. 25(d) ("An action does not abate when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party.").

[7] R. Doc. 26.

[8] R. Doc. 28.